UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| J & J SPORTS PRODUCTIONS, INC., | ) | 1:08-cv-00388-OWW-TAG |
| | ) | |
| Plaintiff, | ) | ORDER ADOPTING FINDINGS AND |
| | ) | RECOMMENDATIONS |
| | ) | (Doc. 14) |
| v. | ) | |
| | ) | |
| | ) | |
| JORGE LOPEZ, individually and d/b/a | ) | |
| LOS ARCOS RESTAURANT, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

   This is a civil action for damages in which the Clerk of Court previously entered default. Plaintiff now seeks the entry of a default judgment in its favor and the awarding of damages in the amount of $100,800.00. A hearing was held on this matter on July 23, 2008. On July 25, 2008, the Magistrate Judge issued findings and recommendations herein. (Doc. 14). The findings and recommendations were served on the parties and contained notice that any objections were to be filed within ten court days from the date of service. No objections were filed.

   In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court concludes that the findings and recommendations are supported by the record and proper analysis.

///

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations issued by the Magistrate Judge on July 25, 2008 (Doc. 14 ), are adopted in full;

2. The Clerk of the Court is directed to enter default judgment against Defendant and for Plaintiff; and

3. Damages in the total amount of $30,000.000 are awarded in favor of Plaintiff as follows:

a) for violation of 47 U.S.C. § 605(e)(3)(C)(i)(II), the sum of $10,000.00;

b) for violation of 47 U.S.C. § 605(e)(3)(C)(ii), the sum of $5,000.00;

c) for violation of 47 U.S.C. § 553(c)(3)(A)(ii), the sum of $10,000.00; and

d) for violation of 47 U.S.C. § 553(c)(3)(B), the sum of $5,000.00.

IT IS SO ORDERED.

**Dated:   August 19, 2008**                    **/s/ Oliver W. Wanger**
                                                UNITED STATES DISTRICT JUDGE