**DAVID J. COOK, ESQ. (State Bar # 060859)**
**ROBERT J. PERKISS, ESQ. (State Bar # 62386)**
**COOK COLLECTION ATTORNEYS**
**A PROFESSIONAL LAW CORPORATION**
165 Fell Street
San Francisco, CA  94102
Mailing Address: P.O. Box 270
San Francisco, CA 94104-0270
Tel.: (415) 989-4730
Fax: (415) 989-0491
File No. 52,960

Attorneys for Plaintiff
J & J SPORTS PRODUCTIONS, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., ) ) Plaintiff, ) ) vs. ) ) JORGE LOPEZ, individually and dba Los ) Arcos Restaurant, ) ) Defendant. ) _____ ) | CASE NO.  1:08-cv-0388-OWW-TAG<br><br>ORDER AUTHORIZING PROCESS SERVER TO LEVY EXECUTION PURSUANT TO C.C.P. § 699.080 |

Based upon the application of Plaintiff to employ a private process server in the place and stead of the levying officer under FRCP 4.1(a), and to perform the services of a private process server under C.C.P. § 699.080, and finding that the proposed process servers are both registered process servers under the laws of the State of California, and for good cause appearing, therefore,

IT IS HEREBY ORDERED that Jeffrey L. Schuitema of Legalese Attorney Service, 1754 - 36th Street, Sacramento, CA 95816, and Greg McDonald of Attorneys Messenger Service, 31 H Street, Bakersfield, CA 93304, be and the same are hereby appointed as private process servers to perform the services in the place and the stead of the levying officer as permitted under C.C.P. § 699.080 and FRCP 4.1(a).

///

///

1     IT IS FURTHER ORDERED that nothing by way of this order shall obligate the Defendant
2 to pay any charges, unless and until a Bill of Cost be filed herein, consistent with the Federal Rules
3 of Civil Procedure.
4
5 DATED: October 7, 2008         /s/ OLIVER W. WANGER
                                         OLIVER W. WANGER
6                                          JUDGE OF THE UNITED STATES
                                         DISTRICT COURT